FILED

DEC 0 3 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

**SEALED**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § CRIMINAL NO. **A19CR 318LY** |
| **Plaintiff,** | § |
| | § **INDICTMENT** |
| **v.** | § |
| ▆▆▆▆▆▆▆▆▆▆ | § [**Ct. I –** Vio: 21 U.S.C. § 846 – Conspiracy |
| ▆▆▆▆▆▆▆▆▆▆ | § to Distribute 500 grams or more of |
| ▆▆▆▆▆▆▆▆ | § Methamphetamine, 40 grams or more of |
| ▆▆▆▆▆▆▆▆ | § Fentanyl, and Cocaine] |
| ▆▆▆▆▆▆▆▆ | § |
| ▆▆▆▆▆▆▆▆ | § |
| **TOMAS JARAMILLO (8)** | § |
| **a.k.a. "Rojo"** | § |
| ▆▆▆▆▆▆▆▆ | § |
| ▆▆▆▆▆▆▆▆▆▆▆ | § |
| ▆▆▆▆▆▆▆▆▆ | § |
| **Defendants.** | § |

1

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1.    At various times material to this indictment, the Defendants:



**TOMAS JARAMILLO (8)**
**a.k.a. "Rojo"**

and others known and unknown to the Grand Jury, were members of a drug distribution

conspiracy to distribute 500 grams or more of methamphetamine; 40 grams or more of fentanyl;

cocaine and other illegal narcotics.   The drug distribution network of this conspiracy reached

from the United States/Mexico border to numerous distributors in Austin, Texas.

2.    Telephones were utilized extensively by members of the conspiracy in order for co-

conspirators to coordinate drug deals.   Co-conspirators would learn when drugs were available,

the quantity and quality of the drugs available, the price to be charged, and the location where

the deal could be conducted.

### Objective of the Conspiracy

3.    The objective of the conspiracy was to make money for the co-conspirators from the sale

of controlled substances without being caught by law enforcement.   In order to ensure that

conspirators maximized their chances of avoiding detection by law enforcement, a number of

protective measures were utilized in order to defeat tactics which law enforcement might utilize to

2

uncover and curtail their illegal activities. These protective measures included the use of coded language over the telephone; the use of cell phones that could be easily discarded and/or placed under false names and addresses; and the use of multiple vehicles. In addition to protective measures regarding phones, co-conspirators exercised protective measures while driving to and from drug related meetings. These measures included being very vigilant for any law enforcement surveillance. Co-conspirators would look at surrounding vehicles to determine if they might be unmarked police vehicles monitoring their movements.

### Coded Language

4. Coded language was commonly utilized during drug-related phone calls in an effort to make the drug-related nature of the phone calls less obvious. Suppliers and customers would use abbreviated numbers to indicate the quantity and price for controlled substances.

5. The type of drug ordered would also be indicated by separate code words. Methamphetamine would often be referred to as "paint," "taco's," "new car" (kilogram), "ice," and "girls," among other terms. Heroin would often be referred to as "the black one," "mud," "tar," "negro" (black tar), and "brown," among other terms. Pills would often be referred to as "oxys," "percosets," "percs," and "pills, among other terms." Cocaine would often be referred to as "snow" or "powder," among other terms.

6. Amounts of drugs would be indicated by words such as "3" (3 ounces), "3 pack" (3 ounces), "8 ball" (3-3.5 ounces), "ball" (3-3.5 ounces), "zip" (1 ounce), and "onion" (1 ounce), among other terms. Cash or currency was referred to as "paper," among other terms.

### Cell Phones

7. The use of cell phones made it easier for coconspirators to defeat tactics utilized by law enforcement to uncover their activities. Co-conspirators used cell phones registered to other

3

persons.   Suppliers would frequently change their cell phones which made it more difficult for

law enforcement to keep up with each conspirator's currently utilized telephone number.   When

co-conspirators suspected that their previously used cell phone telephone number might have been

compromised, such as when one of their customers was arrested, they could easily quit using or

"drop" a cell phone and quickly obtain a new cell phone.

### COUNT ONE
**Conspiracy to Distribute 500 Grams or more of Methamphetamine, 40 Grams or
more of Fentanyl, and Cocaine
[21 U.S.C. § 846 {841(a)(1)&(b)(1)(A, B, & C)}]**

8.      Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated by reference as

though fully set forth herein.

9.      Beginning in or around March 2019 and continuing until on or about the date of this

Indictment, in the Western District of Texas, the Defendants,



**TOMAS JARAMILLO (8)
a.k.a. "Rojo"**

did knowingly, unlawfully and willfully combine, conspire, confederate and agree with each other

and others both known and unknown to the Grand Jury to distribute 500 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, to distribute 40 grams of more

of a mixture and substance containing fentanyl, and to distribute a mixture and substance

containing a detectable amount of cocaine, all controlled substances in violation of Title 21, United

States Code, Sections 846 {841(a)(1) & 841(b)(1)(A, B, & C)}.

### OVERT ACTS

10.     In furtherance of the conspiracy and in order to effect the objects thereof, the Defendants and their co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed one or more of the following overt acts, among others, in the Western District of Texas and elsewhere:

**OA 1:**   On or about March 1, 2019,                                    possessed approximately 2 kilograms of methamphetamine supplied by TOMAS JARAMILLO.

**OA 2:**   On or about March 14, 2019,                                    referred a confidential informant (CI) to contact TOMAS JARAMILLO to obtain methamphetamine and other controlled substances.

**OA 3:**   On or about March 20, 2019, TOMAS JARAMILLO supplied an undercover officer (UC) with approximately 90 grams of methamphetamine.

**OA 4:**   On or about March 27, 2019, TOMAS JARAMILLO and                          supplied a UC with approximately 91 grams of methamphetamine.

**OA 5:**   On or about April 12, 2019, TOMAS JARAMILLO supplied a UC with approximately 121 grams of methamphetamine.

**OA 6:**   On or about April 17, 2019, TOMAS JARAMILLO supplied a UC with approximately 260 grams of methamphetamine.  During the meeting, JARAMILLO directed the UC to place $50 on                          prison commissary account as a drug tax for the transaction.

**OA 7:**   On or about May 8, 2019, TOMAS JARAMILLO supplied a UC with approximately 261 grams of methamphetamine.

**OA 8:**   On or about May 14, 2019, ████████████ possessed with the intent to distribute approximately 86.6 grams of methamphetamine in Travis County, Texas.   Law enforcement agents conducted a traffic stop of ████ and arrested her after locating and seizing the drugs.

**OA 9:**   On or about May 20, 2019, TOMAS JARAMILLO and ████████ possessed with the intent to distribute approximately 2 kilograms of methamphetamine in Burnet County, Texas.   Law enforcement agents conducted a traffic stop of JARAMILLO and ████ and arrested them after locating and seizing the drugs, $11,865 in cash, and a handgun.

**OA 10:**   On or about June 5, 2019, ████████████ supplied a UC with approximately 267.31 grams of methamphetamine.

**OA 11:**   On or about July 11-28, 2019, ███████████████████████ and ████████████ discussed, in a series of recorded jail calls, ████████ collection of drug debts and methamphetamine.   Law enforcement agents obtained a copy of the recorded jail calls.

**OA 12:**   On or about July 18-20, 2019, ███████████████████████ and ████████████ discussed, in a series of recorded jail calls, ████████ distribution of methamphetamine.   Law enforcement agents obtained a copy of the recorded jail calls.

**OA 13:**   On or about July 26-August 2, 2019, ████████████ and individuals unknown to the Grand Jury discussed, via phone calls, distributing methamphetamine and heroin. Law enforcement agents intercepted and recorded the phone calls.

**OA 14:**   On or about August 5-18, 2019, ████████████, via a phone call, demanded that ████████████ pay a drug debt.   Law enforcement agents intercepted and recorded the phone call.

**OA 15:**   On or about August 5, 2019, TOMAS JARAMILLO, via phone calls, requested

assistance sending money to Mexico from individuals unknown to the Grand Jury.   Law
enforcement agents intercepted and recorded the phone calls.

    **OA 16:**   On or about August 19, 2019, TOMAS JARAMILLO supplied a UC with
approximately 261 grams of methamphetamine.

    **OA 17:**   On or about August 28, 2019, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
arranged for a UC to purchase approximately 997 grams of meth from an unidentified supplier in
San Antonio, Texas.

    **OA 18:**   On or about September 6, 2019, ▆▆▆▆▆▆ and ▆▆▆▆▆▆▆
▆▆ discussed, via phone calls, the distribution of pills containing fentanyl and making partial
payment to the supplier of said pills.   Law enforcement agents intercepted and recorded the phone
calls.

    **OA 19:**   On or about September 7, 2019, ▆▆▆▆▆▆ and ▆▆▆▆▆▆▆
▆▆ discussed, via a phone call, the distribution of pills containing fentanyl.   Law enforcement
agents intercepted and recorded the phone call.

    **OA 20:**   On or about September 7, 2019, ▆▆▆▆▆▆ arranged to have ▆▆
▆▆▆ send $1,000 to Mexico in partial payment for receipt of 1000 pills containing fentanyl.

    **OA 21:**   On or about September 9, 2019, ▆▆▆▆▆ sent a text message to ▆
▆▆▆ confirming ▆▆▆ sent $1,000 to Mexico on behalf of ▆▆▆▆.   Law
enforcement agents intercepted and recorded the text message.

    **OA 22:**   On or about September 11-14, 2019, ▆▆▆▆▆▆ and ▆▆▆
▆▆▆▆ discussed, via a series of phone calls, the distribution of pills containing fentanyl
and making partial payment to the supplier of said pills.   Law enforcement agents intercepted and
recorded the phone calls.

**OA 23:**   On or about September 11, 2019, TOMAS JARAMILLO and ▮▮▮▮▮▮▮▮ discussed, via a series of phone calls, the distribution of pills, later determined to contain fentanyl, and specifically discussed a later sale of pills to the UC.   Law enforcement agents intercepted and recorded the phone calls.

**OA 24:**   On or about September 12, 2019, TOMAS JARAMILLO and ▮▮▮▮▮▮▮▮ supplied a UC with approximately 150 pills containing fentanyl.

**OA 25:**   On or about September 12, 2019, TOMAS JARAMILLO and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ supplied a UC with approximately 86.6 grams of methamphetamine.

**OA 26:**   On or about September 13, 2019, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ discussed, via a phone call, drug distribution.   Law enforcement agents intercepted and recorded the phone call.

**OA 27:**   On or about September 19-21, 2019, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ discussed, via a series of phone calls, the distribution of pills containing fentanyl and making partial payment to the supplier of said pills.   Law enforcement agents intercepted and recorded the phone calls.

**OA 28:**   On or about September 21, 2019, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ discussed, via a series of phone calls, sending $1,000 to Mexico for the pills containing fentanyl and discussed distribution of said pills.   Law enforcement agents intercepted and recorded the phone calls.

**OA 29:**   On or about September 21, 2019, ▮▮▮▮▮▮▮▮ sent a text message to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ confirming ▮▮▮▮▮ sent $1,000 to Mexico on behalf of ▮▮▮▮▮▮▮▮   Law enforcement agents intercepted and recorded the text message.

**OA 30:**   On or about September 24, 2019, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮

8

and  arranged to distribute and distributed approximately 700 pills containing fentanyl through the mail.

**OA 31:** On or about September 24-25, 2019, ▮▮▮ and ▮▮▮ discussed, via a series of phone call and text messages, the distribution of pills containing fentanyl via the mail. Law enforcement agents intercepted and recorded the phone calls and text messages.

**OA 32:** On or about September 24-August 12, 2019, TOMAS JARAMILLO and ▮▮▮ discussed, via a series of phone calls, distribution of drugs. Law enforcement agents intercepted and recorded the phone calls.

**OA 33:** On or about September 27, 2019, ▮▮▮ and ▮▮▮ discussed, via a phone call, the distribution of the remaining pills containing fentanyl. Law enforcement agents intercepted and recorded the phone call.

**OA 34:** On or about August 1, 2019, TOMAS JARAMILLO and ▮▮▮ discussed, via a phone call, ▮▮▮ drug debt owed to JARAMILLO. Law enforcement agents intercepted and recorded the phone call.

**OA 35:** On or about August 14, 2019, TOMAS JARAMILLO and ▮▮▮ discussed, via a phone call, JARAMILLO picking up money from ▮▮▮ and possibly dropping off drugs at ▮▮▮ apartment. Law enforcement agents intercepted and recorded the phone call.

**OA 36:** On or about October 3, 2019, ▮▮▮ and ▮▮▮ discussed, via a series of phone calls, distribution of a controlled substance to an unknown buyer in Austin, Texas. Law enforcement agents intercepted and recorded the phone calls.

**OA 37:** On or about October 3, 2019, ▮▮▮ possessed with the intent to distribute approximately 44.4 grams of cocaine in Bastrop County, Texas. Law enforcement

9

agents conducted a traffic stop of ▮▮▮▮ and arrested him after locating and seizing the drugs.

11.     All in violation of 21 U.S.C., Sections 846 {841(a)(1), and 841(b)(1)(A)&(C)}.

### QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

12.     The quantity of the mixtures or substances containing methamphetamine, fentanyl, and cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| ▮▮▮▮ | 86.6 g methamphetamine | 21 U.S.C. §841(b)(1)(A) |
| ▮▮▮▮ | 1000 pills fentanyl<br>44.4 g cocaine | 21 U.S.C. §841(b)(1)(B & C) |
| ▮▮▮▮ | 1000 pills fentanyl | 21 U.S.C. §841(b)(1)(B) |
| ▮▮▮▮ | 1000 pills fentanyl | 21 U.S.C. §841(b)(1)(B) |
| ▮▮▮▮ | 4463.3 g methamphetamine | 21 U.S.C. §841(b)(1)(A) |
| ▮▮▮▮ | 44.4 g cocaine<br>1000 pills fentanyl | 21 U.S.C. §841(b)(1)(B & C) |
| ▮▮▮▮ | 2000 g methamphetamine | 21 U.S.C. §841(b)(1)(A) |
| TOMAS JARAMILLO a.k.a. "Rojo" (8) | 3835 g methamphetamine<br>150 pills fentanyl | 21 U.S.C. §841(b)(1)(A & B) |
| ▮▮▮▮ | 358.31 g methamphetamine | 21 U.S.C. §841(b)(1)(A) |
| ▮▮▮▮ | 4167 g methamphetamine | 21 U.S.C. §841(b)(1)(A) |
| ▮▮▮▮ | 86.6 g methamphetamine | 21 U.S.C. §841(b)(1)(A) |

13    All in violation of Title 21, United States Code, Sections 846 {841(a)(1), and 841(b)(1)(A)&(C)}.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN F. BASH.
United States Attorney

By:

KEITH M. HENNEKE
Assistant United States Attorney

11